IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )    CASE NO.: 08-65-M<br>Jermaine Barksdale, )<br>)<br>　　　　Defendant. ) | |

O R D E R

　　WHEREAS, this matter came before this Court on March 27th, 2008 for the purpose of a preliminary hearing; and

　　WHEREAS, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by the defendant against the laws of the United States;

　　IT IS ORDERED, that the defendant is held to await further action by the court.

Dated: 3/27/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　　　United States Magistrate Judge