**REDACTED**



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-55 |
| | ) |
| JERMAINE BARKSDALE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 24, 2008, in the State and District of Delaware, JERMAINE BARKSDALE, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Glock model 36, .45 caliber handgun, serial number FSH382, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## COUNT TWO

On or about March 24, 2008, in the State and District of Delaware, JERMAINE BARKSDALE, defendant herein, did knowingly possess in and affecting interstate commerce ammunition, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## COUNT THREE

On or about March 24, 2008, in the State and District of Delaware, JERMAINE BARKSDALE, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

1. A Glock model 36, .45 caliber handgun, serial number FSH382 and

2. Six (6) rounds of ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph Grubb
Special Assistant United States Attorney

Dated: April 10, 2008