UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 08-55-GMS |
| **JERMAINE BARKSDALE**, | ) ) ) |
| Defendant. | ) |

**O R D E R**

This **17TH** day of **APRIL 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **MAY 1ST, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

*[signature]*
Honorable Leonard P. Stark
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney