# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Criminal Action No.08-55-GMS |
| | : |
| JERMAINE BARKSDALE, | : |
| | : |
| Defendant. | : |

## MOTION AND ORDER FOR SCHEDULING CONFERENCE

**COMES NOW** the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware and Joseph S. Grubb, Special Assistant United States Attorney, and respectfully requests that the Court Order a scheduling conference in the above-captioned matter. In support thereof, the government states as follows:

1.      By Order dated April 17, 2008, the defendant was given until May 1, 2008, to file pre-trial motions. No motions have been filed, and thus no additional time has been excluded under the Speedy Trial Act.

2.      The parties have been engaged in discussions concerning a non-trial resolution of this case. Those discussions are continuing.

3.    The government respectfully submits that a status conference would be appropriate for the purpose of scheduling future proceedings in this matter.

WHEREFORE, the government respectfully requests that the Court schedule a status conference in this matter at its earliest convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:    _____

Joseph S. Grubb
Special Assistant United States Attorney

Dated: July 3, 2008

IT IS SO ORDERED this _____ day of _____, 2008.  A teleconference will be conducted on _____, 2008, at _____ am/pm, with the government initiating the call.

_____
Honorable Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware

2